The document below is hereby signed.

Signed: December 30, 2017



_S. Martin Teel, Jr._
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

```
In re                              )
                                   )
SHELTON FEDERAL GROUP, LLC,        )   Case No. 15-00623
                                   )   (Chapter 7)
              Debtor.              )
_____)
                                   )
INDUSTRIAL BANK,                   )
                                   )
              Plaintiff,           )
                                   )
         v.                        )
                                   )   Adversary Proceeding No.
TURNER CONSTRUCTION COMPANY,       )   17-10025
et al.,                            )
                                   )
              Defendants.          )
```

### JUDGMENT

Pursuant to the *Memorandum Decision and Order Granting Defendants' Motions to Dismiss* of this date, it is

ORDERED that the plaintiff, Industrial Bank, recover nothing, that the adversary proceeding is dismissed on the merits, and that the defendants, S.B. Ballard Construction Company, Turner Construction Company, Tompkins/Ballard Joint

Venture, and Tompkins Builders, recover costs from the plaintiff, Industrial Bank.

[Signed and dated above.]

Copies to: Recipients of e-notification.

2

R:\Common\TreiSMK(TTD)\Shelton Federal Group\Industrial Bank v. Turner\Judgment_Mtn to Dismiss_Industrial v. Turner_v2.wpd